IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO JORGE | |
| *Plaintiff,* | NO. 20-06445 |
| vs. | CIVIL ACTION |
| PENN BEER DISTRIBUTORS, INC. d/b/a PENN BEER and/or PENN DISTRIBUTORS | |

### ORDER

**AND NOW**, this ⎯13th⎯ day of July 2021, upon consideration of Plaintiff's request for the Court to extend its jurisdiction over this matter pursuant to Local Rule 41.1(b) and for good cause shown, it is hereby **ORDERED** that the Court shall retain jurisdiction over this matter for an additional thirty ("30") days until **August 13, 2021** while the parties continue to finalize settlement.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH
United States District Judge